IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-cv-135-FL

| | |
|---|---|
| PROVIDENT FINANCIAL SERVICES, INC. D/B/A THE PROVIDENT BANK, <br><br> Plaintiff, <br><br> v. <br><br> B B & H ENTERPRISES, LLC, and WILLIAM C. BUTLER, <br><br> Defendants. | **ENTRY OF DEFAULT** |

This matter is before the Court on Plaintiff Provident Financial Services, Inc. d/b/a The Provident Bank's ("Plaintiff") Motion for Entry of Default against Defendants B B & H Enterprises, LLC ("BB&H") and William C. Butler ("Butler") (collectively, "Defendants") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. The Court has considered Plaintiff's motion and the documents filed with this Court, and finds as follows:

1. On March 15, 2012, Plaintiff brought this action by Verified Complaint against Defendants.

2. Plaintiffs served a copy of the Summons and Complaint on both Defendants on March 23, 2012.

3. An Affidavit of Service that describes how both Defendants were served has been filed with the Court.

4. Defendants failed to plead or otherwise defend said Verified Complaint and failed to make an appearance by affidavit or otherwise.

5. The time for Defendants to answer or otherwise respond to the Complaint has passed, and Defendants are both in default.

NOW, THEREFORE, upon motion of Plaintiff, it is hereby ordered that default be entered against Defendants B B & H Enterprises, LLC and William C. Butler.

This the 14th day of August 2012.

_____
Julie A. Richards
Clerk of Court