UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PROVIDENT FINANCIAL SERVICES, INC., doing business as The Provident Bank, <br><br> Plaintiff, <br><br> v. <br><br> BB&H ENTERPRISES, LLC and WILLIAM C. BUTLER, <br><br> Defendants. | **JUDGMENT** <br><br> No. 5:12-CV-135-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 13, 2013, for the reasons set forth more specifically therein, that plaintiff's motion for default judgment is granted in part. Judgment is entered in favor of plaintiff in the amount of One Hundred Ten Thousand Four Hundred Twenty Eight and 38/100 Dollars ($110,428.38) in damages, plus Two Thousand One Hundred Fifty Nine and 50/100 Dollars ($2,159.50) in attorneys' fees and costs.

**This Judgment Filed and Entered on March 19, 2013, and Copies To:**

Amanda G. Ray (via CM/ECF Notice of Electronic Filing)
BB&H Enterprises, LLC (via U.S. Mail) c/o William C. Butler, Registered Agent
    5687 McArthur Road, Broadway, NC 27505-9220
William C. Butler (via U.S. Mail) 5687 McArthur Road, Broadway, NC 27505-9220

March 19, 2013            JULIE A. RICHARDS, CLERK
                                        /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk